IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| TRUSTEES OF THE PLUMBERS AND PIPEFITTERS NATIONAL PENSION FUND, et al., <br> Plaintiffs, <br><br> v. <br><br> JEROMY BUSHIRK <br> d/b/a JBUS Pipe, Plumbing, Heating and Air, LLC, <br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 1:17cv1162 |

## ORDER

On February 2, 2018, United States Magistrate Judge Michael S. Nachmanoff entered a Report and Recommendation ("Report"), recommending that default judgment be entered on behalf of plaintiffs. Specifically, Judge Nachmanoff found that the defendant failed to remit any contributions to the National Pension and International Training Funds on behalf of his employees from August 2016 to August 2017, thereby violating the collective bargaining agreement, ERISA, 29 U.S.C. §§ 1132(a)(3), 1145, and the LMRA , 29 U.S.C. § 185. Judge Nachmanoff additionally found that defendant owed plaintiffs $11,335.48 in delinquent contributions, $1,189.26 in accrued interest, $1,151.77 in liquidated damages, $2,180.00 in attorneys' fees and $861.29 in costs.

Upon consideration of the Report, to which no objections have been filed, and the record, and having found no clear error,[1]

---

[1] *See Diamond v. Colonial Life & Acc. Ins. Co.*, 416 F.3d 310, 315 (4th Cir. 2005) (in the absence of any objections to a magistrate's report, the court "need not conduct a *de novo* review, but instead must 'only

The Court **ADOPTS**, as its own, the findings of fact and recommendations of the United States Magistrate Judge, as set forth in the Report (Doc. 15).

Accordingly, it is hereby **ORDERED** that plaintiff's motion for default judgment (Doc. 11) is **GRANTED**.

The Clerk is **DIRECTED** to enter judgment in favor of plaintiffs and against defendant in the total amount of **$16,717.80** (which includes attorneys' fees and costs).[2] Interest will continue to accrue at the rate of 12 percent per annum.

The Clerk is further **DIRECTED** to provide provide a copy of this Order to the defendant at his (or its) last known address, to all counsel of record and to the Magistrate Judge.

And finally, the Clerk is **DIRECTED** to place this matter among the ended causes.

Alexandria, VA
February 22, 2018

_____
T. S. Ellis, III
United States District Judge

---

satisfy itself that there is no clear error on the face of the record in order to accept the recommendation.'").

[2] Defendant specifically owes the National Pension Fund $13,438.69 and the International Training Fund $237.82. The remaining portion of the judgment will constitute attorneys' fees and costs.